UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JOSEPH CARDER ET AL**     **CASE NO. 2:20-CV-01198**

**VERSUS**     **JUDGE JAMES D. CAIN, JR.**

**ROGUE ERECTORS L L C**     **MAGISTRATE JUDGE KAY**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Confirmation of Default Judgment (Doc. 15) is hereby **GRANTED** and Judgment is awarded in favor of **JOSEPH CARDER, TRAVIS WALLACE, AND ROBERTY HENRY** and against Rogue Erectors, LLC as follows:

| | | |
|---|---|---|
| **JOSEPH CARDER** | for a total amount of | **$41,905.00** |
| **TRAVIS WALLACE** | for a total amount of | **$42,895.00** |
| **ROBERT HENRY** | for a total amount of | **$42,982.50** |

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of counsel for Plaintiffs for reasonable attorney's fees and costs, and against Rogue Erectors, LLC for a total amount of $11,455.00.

**THUS DONE AND SIGNED** in Chambers on this 26th day of May, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE