UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH CARDER,**<br>**ROBERT HENRY, AND**<br>**TRAVIS WALLACE** | **CIVIL ACTION NO.: 20-cv-1198** |
| **VERSUS** | |
| **ROGUE ERECTORS, LLC AND**<br>**JAMES MOORE** | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), the Plaintiffs, through undersigned counsel, represents that no answer or motion for summary judgment has been filed by James Moore in this matter. A judgment has been rendered against Rogue Erectors, LLC, which remains in full force and effect. (Rec. Doc. 26).

Accordingly, Plaintiffs give notice that all claims against Defendant James Moore are voluntarily dismissed, without prejudice.

Respectfully Submitted:

/s/*James R. Bullman*
James R. Bullman, Bar Roll No. 35064 –T.A.
*Blackwell & Bullman, LLC*
8322 One Calais Ave.,
Baton Rouge, LA 70809
Telephone: 225-769-2462
Facsimile: 225-769-2463
Email: james@blackwell-bullman.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 1st day of June, 2021, via facsimile, electronic mail, or U.S. Mail, postage pre-paid, to the Defendant, James Moore.

/S *James R. Bullman*
James R. Bullman